## No. 17,949.

### CHARLES S. PARKER *v.* JOHN M. HENRY.

(302 P. [2d] 947)

Decided October 15, 1956. Rehearing denied November 13, 1956.

Messrs. WORMWOOD, O'DELL & WOLVINGTON, for plaintiff in error.

Messrs. GRANT, SHAFROTH & TOLL, for defendant in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.